1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARVIN L. MAURICE,

Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of
Social Security,

Defendant.

CASE NO. C08-5757-JRC

ORDER

After reviewing the agreed motion to extend the court's briefing schedule (Doc. 12), the

court hereby directs counsel to conform to the following new briefing schedule:

Defendant shall have up to and including May 29, 2009, to file Defendant's responsive

brief; and Plaintiff shall have up to and including June 12, 2009, to file an optional reply brief.

Any request for oral argument to be submitted to the court on or before June 19, 2009.

DATED this 22nd day of May, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1