# United States District Court
WESTERN DISTRICT OF WASHINGTON

MARVIN L. MAURICE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5757JRC

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court AFFIRMS the administrative decision.


   August 26, 2009                                        BRUCE RIFKIN
Date                                                           Clerk

                                                                              *s/CM Gonzalez*
                                                                              Deputy Clerk